LTL ATTORNEYS LLP
Prashanth Chennakesavan (Bar No. 284022)
Prashanth.chennakesavan@ltlattorneys.com
Dat T. Nguyen (Bar No. 280755)
dat.nguyen@ltlattorneys.com
300 S. Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Movant KAIFI LLC

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| KAIFI LLC,<br><br>    Movant,<br><br>    v.<br><br>APPLE INC.,<br><br>    Respondent. | Case No.  21-mc-80171<br><br>Assigned to  [Pending]<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>Date:         To be set<br>Time:         To be set<br>Courtroom:  To be set<br><br>Trial Date: |

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26, 27, 45 and Civil Local Rules 7 and 37, Movant KAIFI LLC ("KAIFI") will and hereby does move this Court for an order compelling Apple Inc. ("Apple") to (1) comply with a subpoena KAIFI issued and duly served in a case pending in the U.S. District Court for the Eastern District of Texas captioned: *KAIFI LLC v. T-Mobile US, Inc. and T-Mobile USA, Inc.*, Case No. 2:20-cv-00281-JRG (the "Underlying Action"), and (2) produce and permit for inspection and copying the materials specified in that subpoena.  This motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Declaration of Dat Nguyen, including its exhibits, all pleadings and records on file in this action, and any other matter of which the Court may take judicial notice, and any other written and oral argument and authorities that may be presented to the Court on this matter.

This motion seeks an order from this Court directing Apple to comply with the subpoena, and to produce the materials described therein. As will be explained in greater detail below, those materials would be of assistance to KAIFI in its preparation of the pending case entitled *KAIFI LLC v. T-Mobile US., Inc.,* Civil Action No 20-CV-281 (JRG) (ED. Tx.).

Pursuant to Local Civil Rule 37-1(a), and as described in the concurrently-filed declaration of Dat Nguyen, counsel for KAIFI has conferred with counsel for third-party Apple about the subpoena at issue.  After multiple attempts to resolve all disputed issues, the parties have been unable to reach agreement.  KAIFI respectfully submits that further meeting and conferring would be futile.

| DATED:  July 13, 2021 | By: /s/ Prashanth Chennakesavan |
|---|---|

| | |
|---|---|
| 1 | LTL ATTORNEYS LLP |
| 2 | Prashanth Chennakesavan |
| 3 | Dat T. Nguyen |
| 4 | |
| 5 | Attorneys for KAIFI LLC |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28