LTL ATTORNEYS LLP
Prashanth Chennakesavan (Bar No. 284022)
Prashanth.chennakesavan@ltlattorneys.com
Dat T. Nguyen (Bar No. 280755)
dat.nguyen@ltlattorneys.com
300 S. Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

**Attorneys for Movant KAIFI LLC**

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN JOSE DIVISION)

| | |
|---|---|
| KAIFI LLC,<br><br>            MOVANT,<br><br>      V.<br><br>APPLE, INC.,<br><br>            RESPONDENT. | Case No. 21-mc-80171<br><br>[Related case pending this District, *KAIFI LLC, v., Cisco Systems, Inc.,* Case No. 21-mc-80108-SVK]<br><br>**NOTICE OF RELATED CASE** |

**NOTICE OF RELATED CASE**

Pursuant to Local Rule 3-12, KAIFI LLC ("Movant") notes that this action is related to the below action recently filed by Movant in this District.

| Case | Date Filed | Assigned Judge |
|---|---|---|
| *KAIFI LLC, v., Cisco Systems, Inc.,* Case No. 21-mc-80108-SVK | April 29, 2021 | Hon. Susan van Keulen |

Both this case and the above related case involve KAIFI LLC's efforts to enforce subpoena to third parties located in this district. The subpoenas were issued in the same underlying action—*KAIFI LLC v. T-Mobile US, Inc., et al.*, Case No. 2:20-CV-0281-JRG (E.D. Tex.). The underlying action is for infringement of U.S. Patent No. 6,922,728.

DATED: July 13, 2021        Respectfully submitted,

/s/ *Prashanth Chennakesavan*
Prashanth Chennakesavan (Bar No. 284022)
prashanth.chennakesavan@ltlattorneys.com
Dat Nguyen (Bar No. 280755)
dat.nguyen@ltlattorneys.com
300 S. Grand Ave., 14th Fl.
Los Angeles, California 90071
Telephone: (213) 612-8900
Facsimile:  (213) 612-3773

*Attorneys for KAIFI LLC*