1  LTL ATTORNEYS LLP
   Prashanth Chennakesavan (Bar No. 284022)
2  Prashanth.chennakesavan@ltlattorneys.com
   Dat T. Nguyen (Bar No. 280755)
3  dat.nguyen@ltlattorneys.com
   300 S. Grand Avenue, 14th Floor
4  Los Angeles, CA 90071
   Tel: (213) 612-8900
5  Fax: (213) 612-3773

6  Attorneys for Movant KAIFI LLC

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                     NORTHERN DISTRICT OF CALIFORNIA
9
                            (SAN JOSE DIVISION)
10

11

12 | KAIFI LLC,                  | Case No. 21-mc-80171
13 |                             |
   |         Movant,             | **MOVANT KAIFI'S ADMINISTRATIVE
14 |                             | MOTION FOR LEAVE TO FILE UNDER
   |    v.                       | SEAL PORTIONS OF MEMORANDUM
15 |                             | OF POINTS AND AUTHORITIES;
   | Apple Inc.,                 | EXHIBITS A, C, E AND F**
16 |                             |
17 |         Respondent.         |

18

1

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Pursuant to Local Rule 79-5(d), Movant KAIFI LLC (KAIFI) by and through its attorneys, will and hereby does, submit this application for an order permitting KAIFI to file under seal confidential portions of its Memorandum of Points and Authorities in Support of its Motion to Compel Compliance of Subpoena against Apple Inc., the supporting declaration of Dat Nguyen, and Exhibits A, C, and E thereto.

Defendants in the underlying action, T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively, T-Mobile), have designated portions of the foregoing documents, or materials cited therein, as confidential under the Protective Order entered in the underlying action.

KAIFI does not seek to seal any portion of these documents and expects that T-Mobile will file a declaration as required by L.R. 79 in support of sealing.

DATED: July 13, 2021               Respectfully submitted,

*/s/ Prashanth Chennakesavan*
Prashanth Chennakesavan (Bar No. 284022)
prashanth.chennakesavan@ltlattorneys.com
Dat Nguyen (Bar No. 280755)
dat.nguyen@ltlattorneys.com
300 S. Grand Ave., 14th Fl.
Los Angeles, California 90071
Telephone: (213) 612-8900
Facsimile:  (213) 612-3773

*Attorneys for KAIFI LLC*