1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN JOSE DIVISION)**

| | |
|---|---|
| KAIFI LLC, | CASE NO. 21-mc-80171 |
|      MOVANT, | **[PROPOSED] ORDER GRANTING MOVANT KAIFI'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |
|   V. | |
| APPLE, INC., | |
|      RESPONDENT. | |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court having considered Movant KAIFI's Administrative Motion for leave to file under seal ("Administrative Motion"), and good cause being shown by Apple, Inc.: **IT IS HEREBY ORDERED** that the Administrative Motion is Granted.

**IT IS SO ORDERED.**

Dated: _____, 2021

1

2
_____
3
Hon.
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28