LTL ATTORNEYS LLP
Prashanth Chennakesavan (Bar No. 284022)
Prashanth.chennakesavan@ltlattorneys.com
Dat T. Nguyen (Bar No. 280755)
dat.nguyen@ltlattorneys.com
300 S. Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Movant KAIFI LLC

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| KAIFI LLC, | Case No. 21-mc-80171 |
|---|---|
| Movant, | Assignment pending |
| v. | **DECLARATION OF DAT T. NGUYEN IN SUPPORT OF NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| Apple, Inc., | |
| Respondent. | REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED |

1  I, Dat T. Nguyuen, declare as follows:

2  1.  I am an attorney duly licensed to practice law before all courts of the State of California and am principle at the LTL Attorneys LLP, 300 S. Grand Avenue, 14th Floor, Los Angeles, CA 90071. I am an attorney for Plaintiff and Counter-Defendant KAIFI LLC ("KAIFI") in this action. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

3  2.  Attached as Exhibit A is the operative Initial Disclosures served by defendants T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively, "T-Mobile") in the underlying action *KAIFI LLC v. T-Mobile US, Inc. and T-Mobile USA, Inc.*, Case No. 2:20-cv-00281-JRG (the "Underlying Action").

4  3.  Attached hereto as Exhibit B is KAIFI's Subpoena to Produce Documents, Information or Objects in a Civil Action to Apple, Inc. (the "Subpoena"), dated February 1, 2021.

5  4.  Attached hereto as Exhibit C is an email from T-Mobile dated March 10, 2021 regarding a March 9, 2021 discovery conference between T-Mobile and KAIFI.

6  5.  Attached hereto as Exhibit D is Apple Inc. ("Apple")'s Objections and Responses to KAIFI LLC's Subpoena to Produce Documents, Information or Objects in a Civil Action, dated February 24, 2021.

7  6.  Attached as Exhibit E is an email thread relating to discovery conferences and disputes between KAIFI and Apple.

8  7.  Attached hereto as Exhibit F is an email thread relating to further discovery conferences and disputes between KAIFI and Apple.

9  8.  [redacted]

DECLARATION OF DAT T. NGUYUEN

1

9.  I am familiar with Apple's document productions and positions regarding the Subpoena.  Because Apple had not produced any documents when it responded to the Subpoena on February 24, 2021, KAIFI promptly requested a meet and confer and the parties conferred telephonically on April 9, 2021.  This was Apple's first availability.  Since then, Apple has produced only two documents pursuant to the Subpoena, and has failed to produce any its handover algorithms.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this day of July 13, 2021, at Los Angeles, California.

| DATED:  July 13, 2021 | By: */s/ Dat T. Nguyen* |
|---|---|
|  | LTL ATTORNEYS LLP<br>Prashanth Chennakesavan<br>Dat T. Nguyen<br><br>Attorneys for KAIFI LLC |