LTL ATTORNEYS LLP
Prashanth Chennakesavan (Bar No. 284022)
Prashanth.chennakesavan@ltlattorneys.com
Dat T. Nguyen (Bar No. 280755)
dat.nguyen@ltlattorneys.com
300 S. Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

**Attorneys for Movant KAIFI LLC**

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## (SAN JOSE DIVISION)

| | |
|---|---|
| KAIFI LLC, <br><br> MOVANT, <br><br> V. <br><br> APPLE INC., <br><br><br> RESPONDENT. | Case No. 21-mc-80171 <br><br><br> **KAIFI LLC'S CORPORATE DISCLOSURE STATEMENT** |

CORPORATE DISCLOSURE
STATEMENT

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, KAIFI LLC ("KAIFI") hereby states that it is a privately held limited liability company organized and existing under the laws of the State of Texas, having a principal place of business at 405 State Highway 121, Lewisville, Texas 75067. KAIFI's parent corporation is Golden Wave Partners Co., Ltd., a privately held business entity organized under the laws of the Republic of Korea. No publicly held corporation owns 10% or more of KAIFI's stock.

DATED: July 13, 2021          Respectfully submitted,


*/s/ Prashanth Chennakesavan*
Prashanth Chennakesavan (Bar No. 284022)
prashanth.chennakesavan@ltlattorneys.com
Dat Nguyen (Bar No. 280755)
dat.nguyen@ltlattorneys.com
300 S. Grand Ave., 14th Fl.
Los Angeles, California 90071
Telephone: (213) 612-8900
Facsimile:   (213) 612-3773

*Attorneys for KAIFI LLC*