LTL ATTORNEYS LLP
Prashanth Chennakesavan (Bar No. 284022)
Prashanth.chennakesavan@ltlattorneys.com
Dat T. Nguyen (Bar No. 280755)
dat.nguyen@ltlattorneys.com
300 S. Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorney for Movant KAIFI LLC

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)**

| | |
|---|---|
| KAIFI LLC,<br><br>　　　　　Movant,<br><br>　　v.<br><br>APPLE, INC.,<br><br>　　　　　Respondent. | Case No.: 21-mc-80171<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Joshua Le, declare:

I am employed in the county of Los Angeles State of California. I am over the age of 18 and not a party to the within action; my business address is: 300 South Grand Avenue, 14th Floor, Los Angeles, CA 90071.

On **July 13, 2021**, I served the foregoing document(s) described as:

- **DKT 1_NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**
- **DKT 2_NOTICE OF RELATED CASE**
- **DKT 3_MOVANT KAIFI'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF MEMORANDUMOF POINTS AND AUTHORITIES; EXHIBITS A, C, E AND F**
- **DKT 3-1_DECLARATION OF PRASHANTH CHENNAKESAVAN IN SUPPORT OFADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**
- **DKT 3-2_PROPOSED] ORDER GRANTING MOVANT KAIFI'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**
- **DKT 3-3_MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA (UNDER SEAL)**
- **DKT 3-4_MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**
- **DKT 3-5_DECLARATION OF DAT T. NGUYEN IN SUPPORT OF NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF (UNDER SEAL)**
- **DKT 3-6_DECLARATION OF DAT T. NGUYEN IN SUPPORT OF NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**
- **DKT 3-7_EXHIBIT A-UNDER SEAL**
- **DKT 3-8_EXHIBIT B**
- **DKT 3-9_EXHIBIT C-UNDER SEAL**

- **DKT 3-10_EXHIBIT D**
- **DKT 3-11_EXHIBIT E-UNDER SEAL**
- **DKT 3-12_EXHIBIT F**
- **DKT 4_KAIFI LLC'S CORPORATE DISCLOSUR STATEMENT**

on the interested parties in this action.

| | |
|---|---|
| Nathan Curtis<br>Gibson, Dunn & Crutcher LLC<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>Email: NCurtis@gibsondunn.com<br>Josh A. Krevitt<br>Paul Kremer<br>Katherine Dominguez<br>Benjamin Hershkowitz<br>Gibson, Dunn & Crutcher LLP<br>200 Park Ave., 4gth Floor<br>New York NY 10166<br>Email: JK.revitt@gibsondunn.com<br>          PKremer@gibsondunn.com<br><br>Melissa Richards Smith<br>Harry Lee Gillam, Jr.<br>Gillam & Smith, LLP<br>303 South Washington Ave.<br>Marshall, TX 75670<br>Email: melissacaaillamsmithlaw.com | Attorney For *T-MOBILE* |
| Bethany Stevens<br>Hannah Cannom<br>Walker Stevens Cannom LLP<br>500 Molino Street, Suite 118<br>Los Angeles, California 90013<br>Email: bstevens@wscllp.com<br>          hcannom@wscllp.com | Attorney For *APPLE* |

[]     **BY MAIL** I placed such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

 As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be

deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **BY ELECTRONIC MAIL** I transmitted the above listed document(s) to the e-mail address(es) set forth above on this date.

Executed on **July 13, 2021**, at Los Angeles, California.

[]   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| Joshua Le | */s/ Joshua Le* |
|:---:|:---:|
| *Print Name* | *Signature* |