UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIFI LLC,<br><br>          Movant,<br><br>   v.<br><br>APPLE INC.,<br><br>          Respondent. | Case No.  21-mc-80171-SVK<br><br>**ORDER OF RECUSAL** |

    This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: July 14, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge