UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAIFI LLC., <br><br>  Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br>  Defendant. | Case No. 21-mc-80171-VKD <br><br> **ORDER SETTING BRIEFING SCHEDULE AND REQUIRING MOVANT TO CORRECT FILING** <br><br> Re: Dkt. Nos. 1, 3 |

Before the Court is Kaifi LLC's ("Kaifi") motion to compel compliance with a subpoena it served on Apple Inc. ("Apple") on February 1, 2021. Dkt. No. 1. Kaifi also moves for permission to file portions of its motion to compel under seal. Dkt. No. 3.

As an initial matter, neither Kaifi's motion to compel nor its administrative motion to file under seal complies with this District's Civil Local Rules. Civil Local Rule 7-2(b) requires that the motion and supporting memorandum of points and authorities be "one filed document." Kaifi's motion to compel does not include its memorandum in support of the motion. *See* Dkt. No. 1. To the extent portions of the motion and memorandum are sought to be filed under seal, a redacted version of the document should be publicly filed.

Further, under Civil Local Rule 79-5, an administrative motion to file under seal must be accompanied by a redacted version of the document that is sought to be filed under seal, Civ. L.R. 79-5(d)(1)(C), and an unredacted version of the document sought to be filed under seal, Civ. L.R. 79-5(d)(1)(D). Although Kaifi provided both redacted and unredacted versions of its memorandum in support of its motion to compel, Kaifi did not provide redacted versions of the exhibits to the declaration filed in support of the motion to compel, where only portions of those

exhibits were proposed to be under seal. The administrative motion also must be accompanied by a proposed order that includes, in table format, each document or portion thereof that is sought to be sealed, Civ L.R. 79-5(d)(1)(B), and Kaifi did not provide this table.

By **July 21, 2021**, Kaifi must file a public version of its motion to compel that complies with Civil Local Rule 7-2(b), including public versions of all supporting papers, and must also file an administrative motion to seal that complies with Civil Local Rule 79-5(d)(1)(A)-(D). Please provide chambers copies per Judge DeMarchi's Standing Order for Civil Cases.

In addition, the Court sets the following briefing and hearing schedule on the motion to compel:

| **Event** | **Deadline** |
| --- | --- |
| Opposition due | August 4, 2021 |
| Reply due | August 11, 2021 |
| Hearing on motion to compel | August 17, 2021 at 10:00 a.m. |

**IT IS SO ORDERED.**

Dated: July 16, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge

2