LTL ATTORNEYS LLP
Prashanth Chennakesavan (Bar No. 284022)
Prashanth.chennakesavan@ltlattorneys.com
Dat T. Nguyen (Bar No. 280755)
dat.nguyen@ltlattorneys.com
300 S. Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Movant KAIFI LLC

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN JOSE DIVISION)

| | |
|---|---|
| KAIFI LLC, | Case No. 21-mc-80171-VKD |
| Movant, | **MOVANT KAIFI'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |
| v. | |
| APPLE INC., | |
| Respondent. | |

1

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Pursuant to Local Rule 79-5(d) and this Court's Order (ECF No. 9), Movant KAIFI LLC (KAIFI) by and through its attorneys, will and hereby does, submit this application for an order permitting KAIFI to file under seal confidential portions of its Memorandum of Points and Authorities in Support of its Motion to Compel Compliance of Subpoena against Apple Inc., the supporting declaration of Dat Nguyen, and Exhibits A, C, and E thereto.

Defendants in the underlying action, T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively, T-Mobile), have designated portions of the foregoing documents, or materials cited therein, as confidential under the Protective Order entered in the underlying action.

KAIFI does not seek to seal any portion of these documents. T-Mobile has filed a declaration in support of sealing portions of the Motion and Nguyen declaration, and Exhibits A and C in their entirety. ECF No. 10. Although Apple has not filed a declaration in support of sealing, out of an abundance of caution, KAIFI also submits Exhibit E under seal because Apple may maintain a claim of confidentiality. KAIFI expects that Apple will file a declaration as required by L.R. 79 in support of sealing if it wishes to maintain Exhibit E under seal.

DATED: July 21, 2021     Respectfully submitted,

*/s/ Prashanth Chennakesavan*
Prashanth Chennakesavan (Bar No. 284022)
prashanth.chennakesavan@ltlattorneys.com
Dat Nguyen (Bar No. 280755)
dat.nguyen@ltlattorneys.com
300 S. Grand Ave., 14th Fl.
Los Angeles, California 90071
Telephone: (213) 612-8900
Facsimile:  (213) 612-3773

*Attorneys for KAIFI LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28