LTL ATTORNEYS LLP
Prashanth Chennakesavan (Bar No. 284022)
Prashanth.chennakesavan@ltlattorneys.com
Dat T. Nguyen (Bar No. 280755)
dat.nguyen@ltlattorneys.com
300 S. Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Movant KAIFI LLC

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| KAIFI LLC,<br><br>　　　　Movant,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Respondent. | **Case No. 21-mc-80171-VKD**<br><br>**DECLARATION OF PRASHANTH CHENNAKESAVAN IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |

1

I, Prashanth Chennakesavan, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and am principle at the LTL Attorneys LLP, 300 S. Grand Avenue, 14th Floor, Los Angeles, CA 90071. I am an attorney for Movant KAIFI LLC ("KAIFI") in this action. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

2. KAIFI moves this Court for an order compelling Apple Inc. ("Apple") to comply with a subpoena KAIFI issued and duly served in a case pending in the U.S. District Court for the Eastern District of Texas captioned: *KAIFI LLC v. T-Mobile US, Inc. and T-Mobile USA, Inc.*, Case No. 2:20-cv-00281-JRG (the "Underlying Action"),

3. Defendants in the underlying action T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively, T-Mobile) have designated as "confidential" information contained in KAIFI's Memorandum of Points and Authorities, the supporting Declaration of Dat Nguyen, and Exhibits A and C thereto.

4. KAIFI believes that Apple Inc. may maintain a claim of confidentiality over Exhibit E to the Nguyen declaration.

5. KAIFI has submitted redacted versions of the Memorandum of Points and Authorities, the Nguyen declaration, and Exhibits A, C, and E thereto.

6. KAIFI does not maintain a claim of confidentiality. T-Mobile has submitted a declaration in support of sealing portions of the Motion, paragraph 8 to the Nguyen declaration, and Exhibits A and C thereto. ECF No. 10. To the extent Apple maintains a claim of confidentiality over Exhibit E to the Nguyen declaration, KAIFI expects that Apple will submit a declaration as required by the local rules.

7. KAIFI will serve the under-seal filings on counsel for T-Mobile and Apple.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this day of July 21, 2021, at Los Angeles, California.

| DATED: July 21, 2021 | By: /s/ *Prashanth Chennakesavan* |
|---|---|
| | LTL ATTORNEYS LLP |
| | Prashanth Chennakesavan |
| | |
| | Attorneys for KAIFI LLC |