UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| KAIFI LLC, | |
|---|---|
| MOVANT, | CASE NO. 21-mc-80171-VKD |
| V. | **[PROPOSED] ORDER GRANTING MOVANT KAIFI'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |
| APPLE INC., | |
| RESPONDENT. | |

The Court having considered Movant KAIFI's Administrative Motion for Leave to File Under Seal ("Administrative Motion"), and good cause being shown by Apple, Inc.: **IT IS HEREBY ORDERED** that the Administrative Motion is Granted.

The following documents, or portions thereof, may be filed under seal:

| Document | Sealed portions |
|---|---|
| KAIFI's Motion to Compel | Page 2: lines 2-5, 8-11, 13 |
| | Page 6, lines 5-10 |
| Nguyen Declaration in Support of KAIFI's Motion | Page 1, lines 25-27 |

[PROPOSED] ORDER GRANTING MOVANT KAIFI'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS A, C, E AND F

Page 1

| Exhibit A to the Nguyen Declaration | Document in its entirety. |
|---|---|
| Exhibit C to the Nguyen Declaration | Document in its entirety. |
| Exhibit E to the Nguyen Declaration | Document in its entirety. |

**IT IS SO ORDERED.**

Dated: _____, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Virginia K. DeMarchi

[PROPOSED] ORDER GRANTING MOVANT KAIFI'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS A, C, E AND F

Page 2