# Exhibit A

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

CONFIDENTIAL

IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS MARSHALL DIVISION

KAIFI LLC,

          Plaintiff,

    v.

T-MOBILE US, INC. ET AL.

          Defendants.

Case No. 2:20-cv-281-JRG

JURY TRIAL DEMANDED

**DEFENDANTS' THIRD SUPPLEMENTAL
INITIAL AND ADDITIONAL DISCLOSURES**



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



**CONFIDENTIAL**



CONFIDENTIAL



CONFIDENTIAL



**CONFIDENTIAL**



CONFIDENTIAL



**CONFIDENTIAL**



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



**CONFIDENTIAL**



CONFIDENTIAL



CONFIDENTIAL

