# Exhibit C

# ████ EDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED







yo



