# Exhibit E

# ■REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



1







5



7