LTL ATTORNEYS LLP
Prashanth Chennakesavan (Bar No. 284022)
prashanth.chennakesavan@ltlattorneys.com
Dat Nguyen (Bar No. 280755)
dat.nguyen@ltlattorneys.com
300 S. Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Movant KAIFI LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# (SAN JOSE DIVISION)

| | |
|---|---|
| KAIFI LLC, | Case No.: 5:21-MC-80171-VKD |
| Movant, | |
| v. | **PROOF OF SERVICE** |
| APPLE INC., | |
| Respondent. | |

I, Lynette Suksnguan, declare:

I am employed in the County of Los Angeles State of California. I am over the age of 18, and not a party to the within action. My business address is 300 South Grand Ave., 14th Floor, Los Angeles, CA 90071.

On **July 22, 2021**, I served the foregoing document(s) described as:

- **DKT 9_ORDER SETTING BRIEFING SCHEDULE AND REQUIRING MOVANT TO CORRECT FILING**

- **DKT 11_MOVANT KAIFI'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**

- **DKT 11-1_DECLARATION OF PRASHANTH CHENNAKESAVAN IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**

- **DKT 11-2_[PROPOSED] ORDER GRANTING MOVANT KAIFI'S ADMINISTRATIVE MOITON FOR LEAVE TO FILE UNDER SEAL**

- **DKT 11-3_NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF (UNDER SEAL)**

- **DKT 11-4_REDACTED NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

- **DKT 11-5_ DECLARATION OF DAT T. NGUYEN IN SUPPORT OF NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA (UNDER SEAL)**

- **DKT 11-6_REDACTED DECLARATION OF DAT T. NGUYEN IN SUPPORT OF NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

- **DKT 11-7_ EXHIBIT A (UNDER SEAL)**

- **DKT 11-8_REDACTED EXHIBIT A**

- **DKT 11-9_EXHIBIT B**

- **DKT 11-10_ EXHIBIT C (UNDER SEAL)**

- **DKT 11-11_REDACTED EXHIBIT C**
- **DKT 11-12_EXHIBIT D**
- **DKT 11-13_EXHIBIT E (UNDER SEAL)**
- **DKT 11-14_REDACTED EXHIBIT E**
- **DKT 11-15_EXHIBIT F**
- **PROOF OF SERVICE**

on the interested parties in this action.

| | |
|---|---|
| Nathan Curtis<br>Gibson, Dunn & Crutcher LLC<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>Email: NCurtis@gibsondunn.com<br>Josh A. Krevitt<br>Paul Kremer<br>Katherine Dominguez<br>Benjamin Hershkowitz<br>Gibson, Dunn & Crutcher LLP<br>200 Park Ave., 4gth Floor<br>New York NY 10166<br>Email: JK.revitt@gibsondunn.com<br>         PKremer@gibsondunn.com<br><br>Melissa Richards Smith<br>Harry Lee Gillam, Jr.<br>Gillam & Smith, LLP<br>303 South Washington Ave.<br>Marshall, TX 75670<br>Email: melissa@gillamsmithlaw.com | Attorney for *T-MOBILE* |
| Bethany Stevens<br>Hannah Cannom<br>Walker Stevens Cannom LLP<br>500 Molino Street, Suite 118<br>Los Angeles, California 90013<br>Email: bstevens@wscllp.com<br>         hcannom@wscllp.com | Attorney for *APPLE* |

**[X]  BY ELECTRONIC MAIL** I transmitted the above listed document(s) to the e-mail address(es) set forth above on this date.

Executed on **July 22, 2021** at Los Angeles, California.

[X]  (Federal)I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

| Lynette W. Suksnguan | |
|---|---|
| *Print Name* | *Signature* |