# EXHIBIT A

**Subject:** Re: Just a quick follow-up
**Date:** Friday, July 30, 2021 at 3:21:56 PM Pacific Daylight Time
**From:** Bethany Stevens
**To:** Prashanth Chennakesavan, Dat Nguyen
**CC:** Hannah Cannom

Dat,

I am following up to our last couple of calls on the KAIFI/T-Mobile subpoena to Apple. On our July 16 call, we understood that you filed the motion to compel largely to reserve your rights while we worked toward the declaration we had all been discussing prior to your discovery close. On July 28, we spoke with you to confirm that we have identified the additional information you requested for that declaration (i.e., the 1 bar and 4 bar threshold values and the information regarding changes to the logic over time, as requested in Prashanth's email below), and remain willing to provide it.

We understand you are discussing this with your team but that you may no longer have a need for the handover logic. Instead, you inquired about cellular chipset component information for various Apple iPhones, which is not called for in the subpoena or the motion to compel.

Please confirm as soon as possible your position regarding our proposed declaration.

**Bethany Stevens**
**Walker Stevens Cannom LLP**
(213) 337-4551 | bstevens@wscllp.com

---

**From:** Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>
**Date:** Thursday, July 1, 2021 at 11:27 AM
**To:** "bstevens@wscllp.com" <bstevens@wscllp.com>, Hannah Cannom <hcannom@wscllp.com>
**Cc:** Dat Nguyen <dat.nguyen@ltlattorneys.com>
**Subject:** Just a quick follow-up

RESTRICTED—ATTORNEYS' EYES ONLY

Hi Bethany & Hannah,

*If* the threshold values or logic flows have changed over time (e.g., with different iOS releases or models), we'd be looking for the different versions as well.