WALKER STEVENS CANNOM LLP
Hannah L. Cannom (SBN 245635)
hcannom@wscllp.com
Bethany M. Stevens (SBN 245672)
bstevens@wscllp.com
500 Molino Street #118
Los Angeles, CA 90013
Telephone:   (213) 337-9972
Facsimile:   (213) 403-4906

*Attorneys for Non-Party Apple Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIFI LLC,<br><br>Movant,<br><br>vs.<br><br>APPLE INC.,<br><br>Respondent. | Case No.: 21-MC-80171-VKD<br><br>(*Kaifi LLC v. T-Mobile US, Inc.*, Civil Action No. 20-281; pending in E.D. Tex.)<br><br>DECLARATION OF AMY WALTERS IN SUPPORT OF NON-PARTY APPLE INC.'S OPPOSITION TO MOTION TO COMPEL COMPLIANCE WITH SUBPOENA<br><br>Date: August 17, 2021<br>Time: 10:00 a.m. |

## DECLARATION OF AMY WALTERS

I, Amy Walters, declare as follows:

1. I am over the age of 18, a member in good standing of the bar of the State of California, and am Legal Counsel at Apple Inc. I make this declaration in support of Apple Inc.'s Opposition to KAIFI LLC's Motion to Compel Compliance with Subpoena (the "Motion"). I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would so competently testify.

2. Apple considers source code to be among its most highly confidential, proprietary, and protected business information and trade secret material. Apple expends significant time and resources to maintain the confidentiality and nonpublic nature of its source code.

3. In order to produce the Handoff Source Code that is the subject of KAIFI's Motion, Apple would have to expend resources and divert valuable employee time to identify the requested source code and to prepare and deploy a source code computer.

4. To the best of my knowledge, during my time as Legal Counsel at Apple, Apple has not previously produced source code for remote review in any case in which it is not a party.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 4th day of August, 2021, at Oakland, CA.

/s/ Amy Walters
Amy Walters
Apple Inc.

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to N.D. Cal. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: August 4, 2021                                         WALKER STEVENS CANNOM LLP

                                                                          */s/ Bethany M. Stevens*
                                                                           Bethany M. Stevens

                                                                   *Attorneys for Non-Party Apple Inc.*