1  WALKER STEVENS CANNOM LLP
   Hannah L. Cannom (SBN 245635)
2  hcannom@wscllp.com
   Bethany M. Stevens (SBN 245672)
3  bstevens@wscllp.com
   500 Molino Street #118
4  Los Angeles, CA 90013
   Telephone:   (213) 337-9972
5  Facsimile:   (213) 403-4906

6
   *Attorneys for Non-Party Apple Inc.*
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12  | | |
    |---|---|
13  | KAIFI LLC, | Case No.: 21-MC-80171-VKD |
    | Movant, | |
14  | | (*Kaifi LLC v. T-Mobile US, Inc.*, Civil Action No. 20-281; pending in E.D. Tex.) |
    | vs. | |
15  | | [PROPOSED] ORDER DENYING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA |
16  | APPLE INC., | |
    | Respondent. | Date: August 17, 2021 |
17  | | Time: 10:00 a.m. |

Having considered the papers and arguments submitted by counsel, the Court DENIES movant KAIFI LLC's Motion to Compel non-party Apple Inc.'s compliance with the Subpoena served on Apple by KAIFI LLC on or about February 3, 2021.

IT IS SO ORDERED.

Dated: _____          _____

                                                             Hon. Virginia K. DeMarchi