UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>    Movant,<br><br>v.<br><br>APPLE INC.,<br><br>    Respondent. | Case No. 21-mc-80171-VKD<br><br>**ORDER GRANTING ADMINISTRATION MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 11 |

KAIFI LLC's ("KAIFI") filed an administrative motion to file its motion to compel against Apple Inc. ("Apple") and its supporting materials under seal. Dkt. No. 11. Defendants in the underlying action, T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively, "T-Mobile"), having designated portions of the documents sought to be sealed confidential, filed a response in support of KAIFI's motion to seal pursuant to Civil Local Rule 79-5(e)(1). Dkt. No. 10.

Having considered KAIFI's and T-Mobile's submissions, the Court grants KAIFI's administrative motion to seal its motion to compel compliance and supporting materials, as set forth below.

There is a strong presumption in favor of access by the public to judicial records and documents accompanying dispositive motions that can be overcome only by a showing of "compelling reasons supported by specific factual findings." *Kamakana v. City of Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (internal quotation marks and citation omitted). However, the presumption does not apply equally to a motion addressing matters that are only "tangentially related to the merits of a case." *Ctr. for Auto Safety v. Chrysler Grp.*, LLC, 809 F.3d 1092, 1101 (9th Cir. 2016), *cert. denied sub nom. FCA U.S. LLC v. Ctr. for Auto Safety*, 137 S. Ct.

38 (2016). A litigant seeking to seal documents or information in connection with such a motion must meet the lower "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure. *Id.* at 1098–99; *Kamakana*, 447 F.3d at 1179–80.

KAIFI's motion to seal concerns information submitted in connection with a discovery dispute. The underlying discovery dispute does not address the merits of the parties' claims or defenses, but rather whether the movant has met its burden to compel production of the requested documents. Because this matter is only tangentially related to the merits of the case, the Court applies the "good cause" standard of Rule 26(c).

The material proposed to be filed under seal constitutes technical information concerning T-Mobile's business relationship with Apple, identifying and describing the operation of T-Mobile's network, and identifying specific T-Mobile employees and the substance of the information known by them. T-Mobile represents that this material is highly sensitive information that, if disclosed to the public, would cause competitive harm to T-Mobile. Dkt. No. 10.

Accordingly, the Court finds good cause to seal the following material:

| Document | Sealed Portions |
|---|---|
| KAIFI's Motion to Compel | Page 2: lines 2-5, 8-11, 13<br>Page 6: lines 5-10 |
| Nguyen Declaration in Support of KAIFI's Motion to Compel | Page 1: lines 25-27 |
| Exhibit A to the Nguyen Declaration | Document in its entirety. |
| Exhibit C to the Nguyen Declaration | Document in its entirety. |
| Exhibit E to the Nguyen Declaration | Document in its entirety. |

**IT IS SO ORDERED.**

Dated: August 23, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge